IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: July 16, 2008

*Sarah S. Curley* (signature)
SARAH S. CURLEY
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-13005/1127118365

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-06678-SSC |
| John Edward Goldyn<br>Debtor. | Chapter 7<br><br>ORDER |
| Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns. | (Related to Docket #12) |
| Movant, | |
| vs. | |
| John Edward Goldyn, Debtor, Constantino Flores, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is the subject of a Deed of Trust dated May 17, 2006 and recorded in the office of the Maricopa County Recorder wherein Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns, is the current beneficiary and John Edward Goldyn has an interest in, further described as:

> LOT 149, OF SUN GROVES, PARCEL 3, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 725 OF MAPS, PAGE 48 AND AFFIDAVIT OF CORRECTION RECORDED AS 2005-0793149 OF OFFICIAL RECORDS.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2008.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT

GRANTED